1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

April 13, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

8      UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA

10      WESTERN DIVISION

11   JESUS BUSTAMANTE,          ) No. CV 15-01414-DOC (DFM)
                                )
12              Petitioner,     )
                                )
13         v.                   ) Order Accepting Findings and
                                ) Recommendation of United States
14   TIM BUSBY,                 ) Magistrate Judge
                                )
15              Respondent.     )
                                )
16                              )
                                )
17   _____)

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the

19   other records on file herein, and the Report and Recommendation of the

20   United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u>

21   review of those portions of the Report and Recommendation to which

22   objections have been made. The Court accepts the findings and

23   recommendation of the Magistrate Judge.

24   ///

25   ///

26   ///

27   ///

28   ///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated:   April 10, 2015

DAVID O. CARTER
United States District Judge