JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
April 13, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
April 13, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JESUS BUSTAMANTE,

        Petitioner,

        v.

TIM BUSBY,

        Respondent.

No. CV 15-01414-DOC (DFM)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: April 10, 2015



DAVID O. CARTER
United States District Judge